sion, Second Department. October 14, 1904.) Action by John Paul and Margaretha Paul against the Long Island Real Estate Exchange & Investment Company. No opinion. Motion denied, without costs.

PENFOLD, Appellant, v. GAUL, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by James C. Penfold against William Gaul.

PER CURIAM. Judgment of County Court reversed, and judgment of justice's court affirmed, with costs in County Court and upon this appeal to the plaintiff, appellant. Held, that affidavits could not be considered upon the hearing of the appeal, and the return does not show facts sufficient to authorize a reversal of the judgment of the justice's court.

PEOPLE, Respondent, v. ARNETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Proceedings by the people of the state of New York against Burrett G. Arnett. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. BOWEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Proceedings by the people of the state of New York against Charles B. Bowen. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. BRAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Proceedings by the people of the state of New York against Fritz Brand.

PER CURIAM. Judgment of conviction affirmed.

WILLIAMS, J., not voting.

PEOPLE, Respondent, v. BRAUN, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Proceedings by the people of the state of New York against Bernard Braun. A. Steckler, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Appellant, v. DEGENFELDER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Proceedings by the people of the state of New York against Joseph Degenfelder.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and HISCOCK, J., dissent, on the ground that it was error to reject the expert testimony offered for the purpose of showing that the milk in question had been adulterated by the addition of water.

PEOPLE, Respondent, v. DILLENSAGER, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Proceedings by the people of the state of New York against Emil Dillensager. C. Schwick, for appellant. E. Sandford, for the People. No opinion. Judgment affirmed.

PEOPLE v. FITZGERALD et al. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Thomas W. Fitzgerald and Appleton L. Clark. No opinion. Motion to resettle order, by striking out allowance of costs, granted.

PEOPLE v. FLYNN. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Levy Flynn. No opinion. Motion granted.

PEOPLE v. FUCARINO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Gaetano Fucarino. No opinion. Motion denied. See memorandum.

PEOPLE v. HAUT. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Simon Haut. No opinion. Motion granted.

PEOPLE, Respondent, v. KERN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Proceedings by the people of the state of New York against Lewis Kern. No opinion. Motion to dismiss appeal denied, without prejudice to the right to renew.

PEOPLE, Respondent, v. KINGSTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Proceedings by the people of the state of New York against William B. Kingston.

PER CURIAM. Judgment of conviction and order affirmed.

McLENNAN, P. J., dissents, upon the ground that the trial court committed reversible error in refusing to permit three of the jurors to answer certain questions bearing upon their competency to sit as jurors, and also in overruling defendant's challenge upon the ground of actual bias to the juror Hale.

PEOPLE, Respondent, v. MURRAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Proceedings by the people of the state of New York against Joseph Murray, alias John Casey.

PER CURIAM. Judgment of conviction affirmed.

WILLIAMS, J., not voting.

PEOPLE v. NICHOLS. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against William Nichols. No opinion. Motion denied. See memorandum.

PEOPLE v. QUINN. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the